## No. 10,271.

### THE STATE OF LOUISIANA VA. CHARLES SHERWOOD.

It is not necessary to set out a copy or *fac simile* of an instrument forged, in the indictment. If the description of the forged instrument is in conformity to Sec. 1049 R. S., it is sufficient.

APPEAL from the Fourteenth District Court, Parish of Calcasieu. *Read, J.*

*Walter H. Rogers*, Attorney General, for the State, Appellee.

*R. L. Belden* for Defendant and Appellant.

The opinion of the Court was delivered by

McENERY, J. The accused was indicted, and convicted of forgery. He has appealed. His defense is "that the order charged to be forged is not copied into the indictment."

The instrument forged is described in the indictment by the name by which it is usually known, and the designation is in conformity to the provisions of Section 1049 R. S.

It was not necessary to set out any copy or *fac simile* of the order forged in the indictment.

It is therefore ordered that the sentence and judgment appealed from be affirmed at appellant's cost.